UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LAURA BLANFORD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 1:23-CV-322-HAB |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, sued as Ur M. Jaddou, in her official capacity as Direction, | ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

The United States Magistrate Judge's Report and Recommendation (ECF No. 43) was issued June 26, 2024, and the 14-day window within to object has passed with no objections filed.

ACCORDINGLY: Upon careful consideration of the Magistrate Judge's Report and Recommendation and the lack of objections thereto, the Report and Recommendation (ECF No. 43) is ACCEPTED AND ADOPTED.

The parties' joint motion for leave to file under seal and for protective order is GRANTED. The proposed protective order (ECF No. 41-1) is ADOPTED as an order of the Court subject to the conditions set out in the Magistrate Judge's Report and Recommendation. (*See* ECF No. 43 at 2-3).

SO ORDERED on July 16, 2024.

s/ *Holly A. Brady*
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT